348    APPELLATE COURTS OF ILLINOIS.

Hudson v. Merchants Reserve Life Ins. Co., 204 Ill. App. 348.

## Margaret Hudson, Appellee, v. Merchants Reserve Life Insurance Company, Appellant.

### Gen. No. 22,716.    (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. SAMUEL H. TRUDE, Judge, presiding. Heard in this court at the October term, 1916. Reversed and remanded. Opinion filed March 12, 1917.

### Statement of the Case.

Action by Margaret Hudson, plaintiff, against Merchants Reserve Life Insurance Company, defendant, to recover on two life insurance policies for $1,000 each in which the plaintiff was the beneficiary. From a judgment for plaintiff for $1,667, defendant appeals.

ARCHIBALD A. MCKINLEY and LUTHER F. BINKLEY, for appellant.

LITZINGER, MCGURN & REID, for appellee.

MR. JUSTICE HOLDOM delivered the opinion of the court.

### Abstract of the Decision.

1. WITNESSES, § 164*—when attorney is not privileged from testifying. An attorney for a party is not privileged from testifying as to a communication made by him and such party to a third party.

2. WITNESSES, § 169a*—when privilege is waived by party. A party waives the privilege of a communication between himself and attorney by testifying in relation to it.

3. EVIDENCE, § 331*—when parol admissible. A receipt given for the payment of money may be explained orally.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.